# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

DAVID R. HAZELTON AND REBEKAH L. HAZELTON,

Appellants,

v.

FISHERMAN'S HAVEN ASSOCIATION, INC.,

Appellee.

No. 2D2023-2096

————————————————

August 23, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Sarasota County; Hunter Carroll, Judge.

Anthony Manganiello, III, of Icard, Merrill, Timm, Furen & Ginsburg, P.A., Sarasota, for Appellants.

Kevin D. Micale of Ulrich, Scarlett, Watts & Dean, P.A., Sarasota, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.